**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KAREN J. THOMPSON, TRUSTEE OF THE : No. 338 MAL 2023
THOMPSON FAMILY TRUST :
AGREEMENT, :
: Petition for Allowance of Appeal
                     Petitioner : from the Order of the Superior Court
:
:
      v. :
:
:
YOUNG SIK KIM, :
:
             Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.